NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**D&D GROUP PTY LTD., D&D TECHNOLOGIES PTY LTD., AND D&D TECHNOLOGIES (USA), INC.,**
*Plaintiffs-Appellants,*

v.

**NATIONWIDE INDUSTRIES, INC.,**
*Defendant-Appellee.*

---

2010-1430

---

Appeal from the United States District Court for the Southern District of California in case no. 08-CV-0236, Judge Michael M. Anello.

---

## ON MOTION

---

## O R D E R

D&D Group Pty Ltd., D&D Technologies Pty Ltd., and D&D Technologies (USA), Inc., move for a 30-day extension of time and a 45-day extension of time, until April 8, 2011, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. No further extensions should be anticipated.

FOR THE COURT

FEB 1 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert D. Becker, Esq.
George Russell McGuire, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 7 2011

JAN HORBALY
CLERK